

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

December 2, 2020

VIA ECF
Hon. Lewis A. Kaplan
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *Maistrello v. United States of America, et al.*, No. 20 Civ. 6376 (LAK)

Dear Judge Kaplan:

      This Office represents the government in the above referenced action in which plaintiff challenges the denial by U.S. Citizenship and Immigration Services ("USCIS") of his I-601 Application for Waiver of Grounds of Inadmissibility. The government writes, with the consent of plaintiff, to respectfully request a 60-day extension of the deadline for the government to respond to the complaint, *i.e.*, from the current deadline of December 4, 2020 to February 2, 2021. This is the government's first request for an extension of time to respond to the complaint. The extension is necessary because the government needs additional time to consult with agency counsel regarding the facts and circumstances of this case, review any additional information that may be provided by plaintiff's counsel, and prepare its response.

      I thank the Court for its consideration of this letter.

      Respectfully submitted,

      AUDREY STRAUSS
      Acting United States Attorney

By:   *s/ Rebecca R. Friedman*
      Rebecca Friedman
      Assistant United States Attorney
      Telephone: (212) 637-2614
      Facsimile:  (212) 637-2686
      E-mail: rebecca.friedman@usdoj.gov

cc: Counsel of record (via ECF)