UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Walter Maistrello,<br><br>      Plaintiff,<br><br>   v.<br><br>United States of America, *et al.*,<br><br>      Defendants. | No. 20 Civ. 6376 (LAK)<br><br>**STIPULATION AND ORDER** |

  WHEREAS, Plaintiff Walter Maistrello filed this action on August 12, 2020 challenging the denial by U.S. Citizenship and Immigration Services ("USCIS") of his I-601 Application for Waiver of Grounds of Inadmissibility; and

  WHEREAS, the deadline for the government to answer or otherwise respond to the complaint is December 4, 2020;

  WHEREAS, the government seeks an extension of its time to respond to the complaint;

  WHEREAS, this is the first request to extend the time for the government to respond to the complaint;

  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiff and counsel for the government, that the government's time to respond to the complaint is extended from December 4, 2020, to and including February 2, 2021.

  Counsel for the government will file this Stipulation and Order via the ECF system on behalf of all parties. Pursuant to Section 8.5(b) of the Electronic Case Filing Rules & Instructions of the U.S. District Court, Southern District of New York, counsel for plaintiff consents to the electronic filing of this Stipulation and Order by counsel for the United States.

2

| | |
|---|---|
| Dated: December 2, 2020 | Dated: December 2, 2020 |
| LAW OFFICE OF YIFEI HE, PLLC | AUDREY STRAUSS<br>Acting United States Attorney<br>Southern District of New York |
| By:   /s/ Yifei He<br>YIFEI HE<br>Law Office of Yifei He, PLLC<br>2 Wall Street, 20th Floor<br>New York, NY 10005<br>Tel.: (917) 477-7818<br>Email: info@yifeihelaw.com | By:   /s/ Rebecca R. Friedman<br>REBECCA R. FRIEDMAN<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.: (212) 637-2614<br>Email: rebecca.friedman@usdoj.gov |

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
United States District Judge


Dated: _____
      New York, New York