**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WALTER MAISTRELLO,

                Plaintiff,

    -against-                            20 **CIVIL** 6376 (LAK)

                                              **JUDGMENT**

UNITED STATES OF AMERICA; UNITED
STATES CITIZENSCHIP AND

IMMIGRATION SERVICES; ALEJANDRO
MAYORKAS, Secretary of homeland Security;
TRACY RENAUD, Senior Official Performing
The Duties of the Director of the United States
Citizenship and Immigration Services; Susan
Dibbins, Chief, Administrative Appeal Unit;
LOREN K. MILLER, Director, Nebraska
Service Center,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memo Endorsed Order dated March 30, 2021, the motion is granted on the

ground that this Court lacks jurisdiction over the subject matter of the action substantially for the

reasons set forth in pages7 through 11 of the government's opening memorandum and pages 2

through 4 of its reply memorandum accordingly, this case is closed.

**Dated:**  New York, New York

      March 30, 2021

                                      **RUBY J. KRAJICK**

                                    _____
                                      Clerk of Court

                  **BY:**

                                        Deputy Clerk